JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. **00-6093 CR-FERGUSON**

21 U.S.C. §846
21 U.S.C. §841(a)(1)      **MAGISTRATE JUDGE**
18 U.S.C. §2                              **SNOW**

UNITED STATES OF AMERICA,       :

      PLAINTIFF,                              :

v.                                                        :

EDGAR JOSE DUARTE,                  :
RAMON PERDOMO, and
CAMILO F. GOMEZ,                      :

      DEFENDANTS.                       :
_____

### INDICTMENT

The Grand Jury charges that:

### COUNT I

From in or about October 1999, to on or about April 5, 2000, at Broward County, in the

Southern District of Florida, and elsewhere, the defendants,

      EDGAR JOSE DUARTE,
      RAMON PERDOMO, and
      CAMILO F. GOMEZ,

did knowingly and intentionally combine, conspire, confederate and agree with persons known

and unknown to the Grand Jury to possess with intent to distribute a Schedule II controlled

substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about April 5, 2000, at Broward County, in the Southern District of Florida, the defendants,

EDGAR JOSE DUARTE, and
RAMON PERDOMO

did knowingly and intentionally attempt to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), and 846 and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

EDGAR JOSE DUARTE
RAMON PERDOMO and
CAMILO F. GOMEZ

CASE NO. 00-6093-CR-FERGUSON
MAGISTRATE JUDGE SNOW

CERTIFICATE OF TRIAL ATTORNEY*
Superseding Case Information:

**Court Division:** (Select One)

____ Miami   ____ Key West
_X_ FTL      ____ WPB   ____ FTP

New Defendant(s)        Yes ____   No ____
Number of New Defendants   ____
Total number of counts   ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)  _NO_
   List language and/or dialect  _____

4. This case will take  _2_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                         (Check only one)

   I    0 to 5 days      _X_        Petty     ____
   II   6 to 10 days     ____       Minor     ____
   III  11 to 20 days    ____       Misdem.   ____
   IV   21 to 60 days    ____       Felony    _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?    (Yes or No) _YES_
   If yes:
   Magistrate Case No.  _00 4069 SNOW_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  _4/5/00 (Arrest warrant on GOMEZ)_
   Defendant(s) in state custody as of  _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _ Yes _X_ No    If yes, was it pending in the Central Region? _ Yes _ No

_____
JEFFREY H. KAY
ASSISTANT UNITED STATES ATTORNEY
FLA BAR. 208035

*Penalty Sheet(s) attached                                    REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: CAMILO F. GOMEZ          No.: 00-6693-CR Ferguson
                                                 Magistrate Judge
                                                 Snow

Count #1:          Conspiracy to possess w/intent to distribute cocaine (21:846)

*Max Penalty:      Term of imprisonment of not less than 10 years' or more than life and/or
                   fine up to $4,000,000.

Count #2:

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: EDGAR JOSE DUARTE    No.: 00-6093 CR-Ferguson
                                             Magistrate Judge
                                             Snow

Count #l:       Conspiracy to possess w/intent to distribute cocaine (21:846)

*Max Penalty:   Term of imprisonment of not less than 10 years' or more than life and/or fine up to $4,000,000.

Count #2:       Possession w/intent to distribute cocaine (21:841(a)(1))

*Max Penalty:   Term of imprisonment of not less than 10 years' or more than life and/or fine of up to $4,000,000.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: RAMON PERDOMO        No.: 00-6093-CR Ferguson
                                            Magistrate Judge Snow

Count #1:        Conspiracy to possess w/intent to distribute cocaine (21:846)

*Max Penalty:    Term of imprisonment of not less than 10 years' or more than life and/or fine up to $4,000,000.

Count #2:        Possession w/intent to distribute cocaine (21:841(a)(1))

*Max Penalty:    Term of imprisonment of not less than 10 years' or more than life and/or fine of up to $4,000,000.