FILED by _____ D.C.
MAG. SE___

MAY 1 1 2000

CLAR___ ___
S. D___ ___
MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

**ARRAIGNMENT INFORMATION SHEET**

UNITED STATES OF AMERICA,

vs.

_____
Defendant.
_____/

Jail No : _____
Language: _____

The above-named Defendant appeared before **Magistrate Judge** O'SULLIVAN, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:       Address: _____
                          _____
                 Tel. No: _____

Defense Counsel: Name   : _____
                 Address: _____
                          _____
                 Tel. No: _____

Bond Set/Continued:      $ _____

Dated this ____ day of _____, 2000.

CLARENCE MADDOX, CLERK

BY____PILAR MAYA_____
         Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO. 00A -_____
DIGITAL START NO. _____