CASE NUMBER 00-6093-CR-FERGUSON

INTERPRETER REQUIRED IN CASE

FOREIGN LANGUAGE    SPANISH

```
FILED by _____ D.C.
DKTG
MAY 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
```

DEFENDANT(S)   CAMILO F. GOMEZ

c: COURT INTERPERTER SUPERVISOR

