Attachment B

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAG. SEC.
MAY 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA    )    CASE NUMBER: CR 00-6093-Ferguson

Plaintiff    )

(United States)    )

-vs-    )    REPORT COMMENCING CRIMINAL

Gomez, Camy    )    ACTION

_____    )    # 66664-004

Defendant

*********************************************************

TO: CLERK'S OFFICE    ⌧ MIAMI    ⌧ FT. LAUDERDALE    W. PALM BEACH

U.S. DISTRICT COURT    (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

*********************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 5:15 pm  5/10/00  a.m./p.m.

(2) LANGUAGE(S) SPOKEN: Spanish

(3) OFFENSE(S) CHARGED: 8-16(a)(b)(1) Conspiracy/Cocaine

(4) UNITED STATES CITIZEN: ( ✓ )YES    ( )NO    ( )UNKNOWN

(5) DATE OF BIRTH: Havana Cuba

(6) TYPE OF CHARGING DOCUMENT:  (CHECK ONE)
[✓] INDICTMENT    [ ] COMPLAINT    CASE # 00-6093CR-Ferguson
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT