UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6093-CR-FERGUSON

UNITED STATES OF AMERICA,

PLAINTIFF,

v.

EDGAR JOSE DUARTE
RAMON PERDOMO,
        and
CAMILO GOMEZ,

DEFENDANTS.

_____/

## GOVERNMENT'S SECOND SUPPLEMENTAL
## RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this Second Supplemental response to the Standing Discovery

Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure

16, and is numbered to correspond with Local Rule 88.10.

A.    5.    Books, papers, documents, photographs, tangible objects, buildings or places
            which the government intends to use as evidence at trial to prove its case in
            chief, or were obtained or belonging to the defendant may be inspected at a
            mutually convenient time at the Office of the United States Attorney, 500 E.
            Broward Blvd., Fort Lauderdale, Florida, Suite 700.



The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

      (1)     Criminal History- Perdomo - numbered 00116 - 00119

      (2)     Photographs - numbered 00120 - 00126

The attachments to this response are numbered pages 00116 - 00126 . Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.341411
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel:(954)356-7255; Fax:356-7336

cc:    Special Agent Jeff Kallal,
       DEA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United

States mail this 15st day of May, 2000 to:

Mr. Andre A. Rouviere
Attorney for defendant Duarte
145 Almeria Avenue
Coral Gables, Fl 33134

Mr. Timothy M. Day
Attorney for defendant Perdomo
Assistant Federal Public Defender
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, FL 33301

Mr. Luis Fernandez, Esq.
Attorney for defendant Gomez
2250 S.W. 3rd Ave., Suite 201
Miami, Florida    33129


ROGER W. POWELL
ASSISTANT U.S. ATTORNEY

3

```
                    UNITED STATES DEPARTMENT OF JUSTICE
                      FEDERAL BUREAU OF INVESTIGATION
                 CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
                           CLARKSBURG, WV  26306


FLDEA0200                                   ICN IFCS0004000004133016


BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                     - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                                 FBI NO.        DATE REQUESTED
PERDOMO,RAMON                        191117HA4      2000/05/02

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M    W     1958/08/20  502     167     BRO   BLK   CUBA

FINGERPRINT CLASS   PATTERN CLASS                  CITIZENSHIP
PI 69 17 PM PO      WU LS RS UC WU WU WU LS LS LS  UNITED STATES
PO PO 17 16 15      WU                      WU WU
                                            AU

1-ARRESTED OR RECEIVED 2000/04/05
   AGENCY-DEA MIAMI (FLDEA0200)
      CHARGE 1-21 USC 841(A)(1),& 846 COCAINE

RECORD UPDATED 2000/05/02
```

*00116*

```
ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BAS        N
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.
```

```
HDR/2L01831335641
ATN/IFCS00040000004133016831335 69
```

SID  NUMBER:  4346178    PURPOSE CODE:C          PAGE:   1

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME,
A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR FUTURE USE

-  FLORIDA   CRIMINAL   HISTORY  -

| NAME | STATE ID NO. | FBI NO. | DATE REQUESTED |
|---|---|---|---|
| SOSA, RAMON | FL-04346178 | 191117HA4 | 05/02/2000 |

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE  SKIN  DOC NO.
END OF PAGE   1 - PAGE   2 TO FOLLOW

SID  NUMBER:  4346178    PURPOSE CODE:C          PAGE:   2

M    W     06/10/1960  5'06''  180     BRO    BRO    CC

FINGERPRINT CLASS   SOCIAL SECURITY NO.   MISCELLANEOUS NO.       SCR/MRK/TAT
PI 69 17 PM PO
PO PO 17 16 15

------------------------------------------------------------------------------
ARREST- 1    04/22/1996   OBTS NO.-0008774516
  ARREST AGENCY-METRO-DADE POLICE DEPARTMENT                    (FL0130000)
END OF PAGE   2 - PAGE   3 TO FOLLOW

SID  NUMBER:  4346178    PURPOSE CODE:C          PAGE:   3

   AGENCY CASE-613308                        OFFENSE DATE-04/22/1996
   CHARGE 001-TRAFFIC OFFENSE-
           DUI
------------------------------------------------------------------------------
THIS RECORD CONTAINS FLORIDA INFORMATION ONLY. WHEN EXPLANATION OF A CHARGE OR
DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT CONTRIBUTED
THE RECORD INFORMATION. THIS RECORD MAY ONLY BE USED FOR CRIMINAL JUSTICE
PURPOSES AS DEFINED BY THE CODE OF FEDERAL REGULATIONS.
THIS IS A MULTI-STATE OFFENDER RECORD.
END OF PAGE   3 - PAGE   4 TO FOLLOW

SID  NUMBER:  4346178    PURPOSE CODE:C          PAGE:   4

END OF RECORD

**00117**

```
HDR/2L01831335641
ATN/IFCS00040000004133016831335569
THIS RECORD IS BASED ON THE SID NUMBER IN YOUR REQUEST-SID/NJ403797B

        NEW JERSEY CRIMINAL HISTORY DETAILED RECORD

USE OF THIS RECORD IS GOVERNED BY FEDERAL AND STATE REGULATIONS.
UNLESS FINGERPRINTS ACCOMPANIED YOUR INQUIRY, THE STATE BUREAU OF
IDENTIFICATION CANNOT GUARANTEE THIS RECORD RELATES TO THE PERSON WHO IS
THE SUBJECT OF YOUR REQUEST. USE OF THIS RECORD SHALL BE LIMITED SOLELY TO
THE AUTHORIZED PURPOSE FOR WHICH IT WAS GIVEN AND IT SHALL NOT BE
DISSEMINATED TO ANY UNAUTHORIZED PERSONS. TO ELIMINATE A POSSIBLE
DISSEMINATION VIOLATION, AND TO COMPLY WITH FUTURE EXPUNGEMENT ORDERS,
THIS RECORD SHALL BE DESTROYED *IMMEDIATELY* AFTER IT HAS SERVED ITS
INTENDED AND AUTHORIZED PURPOSES. ANY PERSON VIOLATING FEDERAL OR STATE
REGULATIONS GOVERNING ACCESS TO CRIMINAL HISTORY RECORD INFORMATION
MAY BE SUBJECT TO CRIMINAL AND/OR CIVIL PENALTIES.  THIS RECORD IS
CERTIFIED AS A TRUE COPY OF THE CRIMINAL HISTORY RECORD INFORMATION
ON FILE FOR THE ASSIGNED STATE IDENTIFICATION NUMBER.

STATE ID NO. 403797B      FBI NO. 191117HA4   DATE REQUESTED. 05/02/2000
NAME: PERDOMO, RAMON

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE
M    W     08/20/1958  502     167     BRO   BLK   CC

RECEIVING AGENCY: WVFBINF00  U.S. CITIZEN: UNKNOWN

FPC: PI6816PMCOPOPO171815  AFIS NO:                III: MULTI STATE

SOCIAL SECURITY NUMBERS
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

*************************** ARREST 001 ********************************
ARRESTED 05/23/1987   AGENCY CASE NO:  6739
    AGENCY: NJ0091200    WEST NEW YORK TWP PD            HUDSON
    001 CNT  NJ24:21-20A1      DANGEROUS DRUGS

SUMMONS/WARRANT                    PROMIS/GAVEL NO:
NO: W692265                        DISPOSITION DATE: 01/30/1992
AGENCY: NJ009121J                  MUNICIPAL COURT WEST NEW YORK

DISPOSITION: DISMISSED
001  CNT: NJ2421-47      DEG:         NARCOTIC EQUIP-POSSESS

*********************************************************************
DEPARTMENT OF CORRECTIONS DATA NOT FOUND FOR THIS SID NUMBER
*********************************************************************


        CRIMINAL HISTORY DIVERSION PROGRAM AND FELONY CONVICTION SUMMARY

                    PRE-TRIAL INTERVENTION: 000
                    CONDITIONAL DISCHARGE:  000
                    FELONY CONVICTIONS:     000
                    VIOLATION OF PROBATION: 000
```

**00118**

```
WHEN A MISSING DISPOSITION IS REQUIRED, DO NOT CONTACT THE STATE BUREAU
OF IDENTIFICATION(SBI). YOU MUST CONTACT THE AGENCY THAT FURNISHED THE
```

PENDING DATA TO THE SBI. SHOULD YOU HAVE INFORMATION REGARDING AN UPDATE
OR A CORRECTION TO THIS RECORD, PLEASE CONTACT THE SBI AT (609) 882-2000,
EXTENSION 2902 OR 2899.


                          END OF CCH RECORD
     END OF RECORD

**00119**



00120

N-14

61-850-0456





61- 99- 0459                    N - 18

**00121**



00122



00123





61- 99-0459        N-19





00125





00126