UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6093-CR-FERGUSON

UNITED STATES OF AMERICA,

PLAINTIFF,

v.

EDGAR JOSE DUARTE
RAMON PERDOMO,
and
CAMILO GOMEZ,

DEFENDANTS.
_____/



### GOVERNMENT'S THIRD SUPPLEMENTAL
### RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this Third Supplemental response to the Standing Discovery

Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure

16, and is numbered to correspond with Local Rule 88.10.

A. 5. Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 500 E. Broward Blvd., Fort Lauderdale, Florida, Suite 700.

The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

(1) Photographs - numbered 00127 - 00128
(2) Frontier Agenda - numbered 00129 - 00130



The attachments to this response are numbered pages 00129 - 00130. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: *Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.341411
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel:(954)356-7255; Fax.356-7336

cc    Special Agent Jeff Kallal,
      DEA

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by United States mail this 23st day of May, 2000 to:

    Mr. Andre A. Rouviere
    Attorney for defendant Duarte
    145 Almeria Avenue
    Coral Gables, Fl 33134

    Mr. Timothy M. Day
    Attorney for defendant Perdomo
    Assistant Federal Public Defender
    101 N.E. 3rd Avenue, Suite 202
    Fort Lauderdale, FL 33301

    Mr. Luis Fernandez, Esq.
    Attorney for defendant Gomez
    2250 S W 3rd Ave., Suite 201
    Miami, Florida   33129

                                ROGER W. POWELL
                                ASSISTANT U.S. ATTORNEY