UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ~~98-0848~~-CR-FERGUSON
00-6093CR-WDF

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CAMY GOMEZ, ET AL

    Defendants.
_____/

DEFENDANT'S STATEMENT OF
ACCEPTANCE OF RESPONSIBILITY

    The Defendant CAMY GOMEZ, with the assistance of his counsel files this his DEFENDANT'S STATEMENT OF ACCEPTANCE OF RESPONSIBILITY and alleges as follows:

1. The Defendant is charged with conspiracy to possess a controlled substance to-wit cocaine with intent to distribute.

2. The Defendant pled to the above charges noting that he was part of an agreement to break the law and did facts in furtherance of the agreement. To that effect the Defendant conspired with CoDefendants by introducing Co-Defendants to the government agent. The Defendant expected to get $ 12,500.00 as a result of the introduction.

3. The Defendant admitted to the AUSA and reaffirms here to the probation officer and to the Court his involvement.

4. On a number of occasions Mr. Gomez partook in conversations with the confidential source or agent regarding the introduction to the codefendants for the purchase/sale of cocaine.

5. At the time of his arrest, when asked to make a statement about his participation in this case, Mr. Gomez acknowledged his responsi-

bility to the arresting agent and later to the Assistant U.S. Attorney. He further acknowledged his participation to the Court at the time he entered his plea of guilty to the Court.

I have read the above and this represents my statement re acceptance of responsibility to be provided to the Court in connection with my Pre Sentence Investigation Report.

Respectfully submitted,

S/
———————————————
CAMY GOMEZ, DEFENDANT

I HEREBY CERTIFY that I assisted Mr. GOMEZ in the preparation of this document to be presented to the probation office for inclusion on Mr. GOMEZ' PSI this 30th day of August, 2000.

———————————————
LUIS FERNANDEZ, ESQ.
Attorney for Mr. CAMY GOMEZ
2250 S.W. 3rd Ave. Suite 201
Miami, FL 33125
(305) 854-5955
Florida Bar Number 271578
Fax Number (305) 854-5324