UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ~~98-0848~~ CR-FERGUSON
00-6093CR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CAMY GOMEZ, ET AL

    Defendants.
_____/

DEFENDANT'S POSITION WITH RESPECT TO THE PRESENTENCE INVESTIGATION
REPORT

COMES NOW the Defendant CAMY GOMEZ, through undersigned counsel and files his DEFENDANT'S POSITION WITH RESPECT TO THE PRESENTENCE INVESTIGATION REPORT noting that there are several corrections that should be made to the PSI, and alleges as follows:

1. Please note/make the following changes:
   A. General:

2. Page 3 Dependents; Mr. GOMEZ has three dependents, as his 60 year old disabled companion and his two children are his dependents.

3. Page 3 Alias: Mr. Gomez has never been known as "Furjencio" his name is Fulgencio.

4. Page 3 Mandatory Minimum: As a result of the Plea agreement, the prosecution has agreed to recommend a sentence below the statutory minimum sentence.

    B. The Offense:

5. Page 4 paragraph 4; Mr. GOMEZ and Mr. Angelet were arrested on the same date. The date was May 10th.

C.  Role Assessment

6.  Page 7 paragraph 17; Mr. GOMEZ will submit and argue that his involvement in the offense qualifies his role as either minor or minimal.

D.  Adjustment for Acceptance of Responsibility

7.  Page 8 paragraph 20; Mr. GOMEZ has provided the probation office with a statement accepting his responsibility for this crime.

8.  Page 8 paragraph 24; Mr. GOMEZ was an introducer of parties and had no other role in the offense. He expected to get paid for the introductions. He did not plan, or assist in planning, loading or shipping the contraband. His participation should be either "minor" or in between minor and minimal.

   Respectfully, a 2 to 3 level reduction is asked for by Mr. Gomez.

9.  Page 8 paragraph 27; Mr. GOMEZ has affirmatively and timely recognized his responsibility in this matter. Pursuant to the plea agreement he should receive a three level reduction.

10. Page 8 paragraph 28; Mr. GOMEZ' total offense level should be reduced to 26 to 29 points, but no higher than 29 points.

E.  Part B. The Defendant's Criminal History

11. Page 9 paragraph 30; Mr. GOMEZ pled nolo contendere upon the advise of his counsel. Please note that the Defendant making the statement is Jesus Gomez, (who was sentenced to 4 1/2 years in prison,

DEFENDANT'S POSITION WITH RESPECT TO PRESENTENCE INVESTIGATION REPORT
Page 3 of 4 pages

and not Camy Gomez, the Defendant in this case.

12. Pages 9-10 paragraph 32; The case was no actioned as to Mr. Gomez and all other co-defendants, as the title certificates were valid.

13. Page 10 paragraph 33; Mr. Gomez has a traffic ticket for violation of right of way pending at this time.

  F. Part C. Offender Characteristics

14. Page 11 paragraph 37; Mr. GOMEZ was married on December 31st, 1960 to Maria Dalia Feijoo.

15. Page 11 paragraph 37;Estrella Freyre is Jesus Gomez' wife and therefore Mr. Gomez' sister-in-law. Mr. Gomez' daughter is named Susana, not Susanna.

16. Page 11 paragraph 37;  Mr. Gomez' daughter is named Susana, not Susanna. She works at Corpus Christi, not Corpes Christi.

17. Page 11 paragraph 38;  Mr. Gomez' former wife resides at 2800 S.W. 99th Place, Miami, Florida.

  G. Physical Condition

18. Page 13 paragraph 43; Mr. GOMEZ was not operated for his hernia because of his advanced age, not stage.

  H. Employment Record

19. Page 14 paragraph 48; Mr. GOMEZ is aware of his responsibility to file and pay income taxes.

I. Analysis of Assets and Liabilities Summary:

20. Page 15 paragraph 50; Mr. GOMEZ' Buick is a 1993, not a 1992.

21. Pages 15-16 paragraph 52; Mr. Gomez' utility bills are now current.

J. Sentencing Options

22. Page 16 paragraph 56; based on a recomputation of his points, Mr. Gomez should be no higher than a 29, which provides for 87-108 months of incarceration. We submit that the exposure will be no more than the 87-108 months, but could be as low as 63-78 if the role in the offense adjustments are granted.

K. Factors that May Warrant a Departure

23. Mr.Gomez'age of 61, his bad physical condition and the needs of his children and dependents may combine to create a situation not foreseen in the Guidelines which may give rise to a departure sentence.

Respectfully submitted,

_____
Luis Fernandez, Esq.
Florida Bar No.: 271578
Attorney for CAMY GOMEZ

I HEREBY CERTIFY that a true and correct copy of the above was mailed and faxed to Mr. Roger Powell, AUSA; at 99 N.E. 4th Street, Miami, Florida 33132; and Rick Garcia at 300 N.E. 1st Avenue Room 315, Miami, FL 33132 on this 30th day of August, 2000.

_____
Luis Fernandez, Esq.
2250 S.W. 3rd Ave. Suite 201
Miami, FL 33129
(305) 854-5955