UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-0048-CR-FERGUSON
00-6093CR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CAMY GOMEZ, ET AL

    Defendants.
_____/

DEFENDANT'S UNOPPOSED MOTION
FOR CONTINUANCE OF SENTENCING

COMES NOW the Defendant CAMY GOMEZ, through his undersigned counsel and files this his UNOPPOSED MOTION FOR CONTINUANCE OF SEN-TENCING, and in support thereof alleges:

1. Mr. GOMEZ is set for sentencing on Friday, September 15th, 2000, in Ft. Lauderdale, Florida.

2. Mr. GOMEZ is in the process and has been interviewed by in-state and out-of-state agents. The interview process has not been completed.

3. The above styled case is set for trial but the date is allegedly pending. Mr. GOMEZ is expected to testify for the government.

4. Counsel for the government (AUSA Powell) and counsel for Defendant GOMEZ have spoken and the government is not opposed to this Motion.

5. There have been no prior continuances of this sentencing, and this Motion is being filed in good faith, with cause, to further the interests of justice.

Wherefore your Defendant respectfully prays that the Court grant this MOTION FOR CONTINUANCE, for a period of 90 days.

Respectfully submitted,

_____
Luis Fernandez, Esq.

I Hereby Certify that a copy of the above Motion was faxed and mailed to Mr. Roger Powell, AUSA; at 99 N.E. 4th Street, Miami, Florida 33132; this 30th day of August, 2000.

_____
Luis Fernandez, Esq.
Attorney for Mr. GOMEZ
2250 S.W. 3rd Avenue Suite 201
Miami, FL 33129-2064
(305) 854-5955
Florida Bar Number 271578
Fax Number (305) 324-0495