SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SEP 18 2000

CASE # 00-6093-CR-WDF

DEFENDANT Camilo F. Gomez            JUDGE     WILKIE D. FERGUSON

Deputy Clerk   TROY T. WALKER         DATE September 15, 2000

Court Reporter   Paul Haferling       USPO  Kim Reinsen

AUSA Roger Powell                     Deft's Counsel Luis Fernandez

COUNTS DISMISSED   All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/____ at _____ AM / PM

JUDGMENT AND SENTENCE

Imprisonment       Years       Months       Counts
                                72           One

Right to Appeal

Supervised Release   3 yrs  (See J&C for details)

Probation          Years       Months       Counts

Comments _____

Assessment $ 100.00                Fine $ None

Restitution /Other _____
                        CUSTODY
_____ Remanded to the Custody of the U. S. Marshal Service   _____ Release on bond pending appeal
                                                                       11/10/00
_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on 11/10/00

Commitment Recommendation: _____

72