UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6093-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CAMY GOMEZ, ET AL

    Defendants.
_____/

DEFENDANT'S MOTION TO ALLOW CHANGE
OF ADDRESS UNTIL SURRENDER DATE

MOTION TO EXTEND SURRENDER DATE

COMES NOW the Defendant CAMY GOMEZ, through his undersigned counsel and files this his UNOPPOSED MOTION FOR CONTINUANCE OF SURRENDER DATE, and in support thereof alleges:

1. Mr. GOMEZ was sentenced on Friday, September 15th, 2000. He was given a voluntary surrender date for November 10th, 2000, at which time it was expected that the government would be filing a 5K.1 Motion with the Court.

2. The above styled case was set for trial and continued in November 2000. Both Mr. Gomez and a second sentenced co-defendant are expected to testify in the case against the remaining co-defendant Perdomo. The second co-defendant has been absent from the jurisdiction of the Court since November.

3. At Mr. Gomez' sentencing, a representation was made to the Court re the 5K.1 Motion to be filed, to the effect that the Court would have an opportunity to gauge Mr. Gomez' cooperation at trial. The trial is still pending and Mr. GOMEZ is expected to testify for the government in its case against Mr. Perdomo.

4. As a result of the matters listed above, Mr. GOMEZ, has been forced to move out of his present address. Mr. Gomez has disclosed a new address to the probation/pretrial officer, and counsel has provided the address to the AUSA. Said address will be given to the Court in camera if requested.

5. At the present time Mr. GOMEZ is engaged in ongoing activity with undercover agents, which are still pending. The agents need Mr. GOMEZ for a period not to exceed ninety days.

6. An attempt to reach Counsel for the government (AUSA Powell) has been made by counsel for Defendant GOMEZ. Counsel have previously spoken and the government has not been opposed to this Motion.

7. There has been one prior continuances of this surrender date, and this Motion is being filed in good faith, with cause, to further the interests of justice.

Wherefore your Defendant respectfully prays that the Court grant this MOTION TO CHANGE DEFENDANT'S ADDRESS UNTIL HIS SURRENDER DATE, and MOTION FOR CONTINUANCE OF SURRENDER DATE, for a period of 90 days.

Respectfully submitted,

*[signature]*
Luis Fernandez, Esq.
Florida Bar Number 271578
Attorney for Camilo Gomez

I HEREBY CERTIFY that a true and correct copy of the above was mailed to Mr. Roger Powell, AUSA; at 500 East Broward Blvd., 7th Floor Ft. Lauderdale, Florida 33301; and Rick Garcia at 300 N.E. 1st Avenue Room 315, Miami, FL 33132 on this 21st day of December, 2000.

*[signature]*

LUIS FERNANDEZ, ESQ.
Attorney for Mr. CAMY GOMEZ
2250 S.W. 3rd Ave. Suite 201
Miami, FL 33125
(305) 854-5955
Florida Bar Number 271578
Fax Number (305) 854-5324