UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff,

JUL 17 2001

Vs.                                        Case No. 00-6093-CR-FERGUSON

CAMY GOMEZ,

Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION TO ALLOW CHANGE OF ADDRESS UNTIL SURRENDER DATE AND MOTION TO EXTEND SURRENDER DATE

THIS MATTER is before the Court on the above-mentioned motion filed by defendant, Camy Gomez. After consideration, it is

**ORDERED AND ADJUDGED** that the motion is **_DENIED_**. The defendant shall surrender to the institution designated.

**DONE AND ORDERED** in Miami, Florida this _17th_ day of July, 2001.

(raw for Dec. 26, 2000).

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

cc:
Roger Powell, AUSA
Luis Fernandez, Esq.,
U.S. Marshal Service
U.S. Probation